UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRIVON NUVELL LOCKETT,

        Plaintiff,

   v.

Y. DELGADO,

        Defendant.

Case No. 24-cv-07493-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Trivon Nuvell Lockett has not complied with my Order to either pay the filing fee or submit a complete application to proceed in forma pauperis. (Dkt. No. 11.) Nor has he complied with my Order to file a proper amended complaint. (Dkt. No. 12.) Instead of a complaint, he has filed a "Truth Affidavit in the Nature of Supplemental Rules for Administrative and Maritime Claims Rules C.(6)," which is confusing and in no way qualifies as a proper section 1983 complaint. (Dkt. No. 13.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to comply with my Orders and for failing to prosecute this action, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Lockett may move to reopen. Any motion to reopen must (i) have the words MOTION TO REOPEN written on the first page; (2) be accompanied by full payment for the $405.00 filing fee or a complete application to proceed in forma pauperis; and (3) a complaint on this Court's form.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** June 2, 2025

                                              _____
                                              WILLIAM H. ORRICK
                                              United States District Judge